UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLIPHANH HOMAMPHA,<br><br>       Plaintiff,<br><br>   v.<br><br>CASHCALL, INC.,<br><br>       Defendant. | No. 2:16-cv-00565-KJM-EFB<br><br>ORDER |

On April 29, 2016, plaintiff Syliphanh Homampha filed a notice of settlement. ECF No. 4. On May 2, 2016, the court issued a minute order requiring dispositional documents to be filed no later than May 31, 2016. ECF No. 5. No documents have been filed.

Plaintiff is therefore ORDERED TO SHOW CAUSE, within seven days, why this case should not be dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 19, 2016

_____
UNITED STATES DISTRICT JUDGE

1